AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF    NEVADA

LAWRENCE CURTIS MAYS,

       Petitioner,           JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER: **3:09-CV-00418-ECR-RAM**

NEVADA ATTORNEY GENERAL, et al.,

       Respondents.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss (Dkt #9) is GRANTED. The petition is DISMISSED.
     **IT IS FURTHER ORDERED** that no certificate of appealability is warranted and none shall issue.

   08/26/2010                                                  **LANCE S. WILSON**
                                                                                          Clerk

                                                                                   /s/ P. McDonald
                                                                                     Deputy Clerk